

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-2-2005

# USA v. Geddes

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2802

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Geddes" (2005). *2005 Decisions.* Paper 1077.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1077

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-2802

_____

UNITED STATES OF AMERICA

v.

AARON GEDDES

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 02-cr-00705)
District Judge: The Honorable Mary L. Cooper

On Remand from the United States Supreme Court
(S.Ct. No. 04-6264)

_____

Before: SLOVITER and FUENTES, Circuit Judges, and POLLAK, District Judge

_____

ORDER
_____

Appellant's petition for panel rehearing is granted. The Court's Order of April 6,

2005 is hereby vacated.

Appellant was convicted of possession of a weapon by a convicted felon in

violation of 18 U.S.C. §922(g)(1). He was sentenced to a term of imprisonment of 110

months. We affirmed the conviction and sentence by opinion filed June 2, 2004.

Appellant petitioned the United State Supreme Court for a writ of certiorari which was

granted by order entered January 24, 2005. The Court vacated the judgment of this Court and remanded for further consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S.Ct. 738 (2005).

Upon further consideration, we reaffirm our prior decision with respect to the judgment of conviction. Appellant has requested that we remand the matter to the District Court for resentencing in light of *Booker*. We have determined that the sentencing issues Appellant raises are best determined by the District Court in the first instance. Accordingly, we will vacate the judgment of sentence and remand for reconsideration and, if that Court deems it appropriate, for resentencing in accordance with *Booker*.

BY THE COURT:


/s/ Julio M. Fuentes
Circuit Judge


Dated: June 2, 2005

ARL/cc: JSF; GSL; DBL; RS